United States District Court
Southern District of Texas
**ENTERED**
November 01, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VANESSA MICHELLE MOLINA, <br> Petitioner, | § § § | |
| v. | § § | Civil Action No. 1:16-cv-242 <br> (Criminal No. 1:14-cr-643-1) |
| UNITED STATES OF AMERICA, <br> Respondent. | § § § § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the "Magistrate Judge's Report and Recommendation" (Docket No. 5) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that to the extent Molina seeks relief under 28 U.S.C. § 2255, her "Motion Pursuant to 28 U.S.C. § 2255 to Vacate Set Aside Sentence in light of Retroactive Effect of the Clarifying Amendment (794)" (Docket No. 1) is **DISMISSED** for failure to state a cognizable claim. Moreover, to the extent Molina seeks a reduction of her sentence based on a retroactive application of United States Sentencing Guideline Amendment 794, her motion (Docket No. 1) is construed as seeking relief pursuant to 18 U.S.C. 3582(c)(2), and **DENIED** because Amendment 794 has not been given retroactive effect under United States Sentencing Guideline § 1B1.10. A certificate of appealability shall not issue.

Signed on this \_\_1st\_\_ day of \_\_November\_\_, 2016

_____
Rolando Olvera
United States District Judge